# 934    CASES REPORTED WITH BRIEF SYLLABI.

brink, Petitioner.— Motion to confirm report granted. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ. Order to be settled before the presiding justice, upon notice to the corporation counsel.

In the Matter of Supplementary Proceedings of Meyer Goetz, Respondent, v. Nathan Gordon and Leopold Schlessel, Appellants.— Motion for stay denied, and temporary stay vacated, without costs. Present— Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of Effingham L. Holywell, an Attorney.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of Harry G. Kimball for Admission to the Bar.— Application granted. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of Joseph Martin, an Attorney.— Matter referred to William F. Wyckoff, Esq., to take testimony and report thereon, with his opinion. Edward A. Freshman, Esq., is assigned to conduct such proceedings. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Bernhardt Jackson, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Georgianna L. Le Baron, Appellant, v. Frances E. Barker, Respondent. — Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Joseph Markowitz, Respondent, v. Louis Ratner and Sadie Ratner, Appellants.— Motion to dismiss appeal denied, without costs. Present— Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Ailene Ely McNair, Respondent, v. Burrows McNair, Appellant. In the Matter of the Petitions of George McNair and Caroline S. Ely for Custody, etc.— Motion for stay denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Florence M. Myers, Respondent, v. James A. Gray and Others, Appellants.— Motion denied, with ten dollars costs. Present Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Ellen C. Osborn, Respondent, v. Howard J. M. Cardeza and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York ex rel. Max Brown, Relator, v. James G. Tighe, a Magistrate of the City of New York, Second Division, Respondent.— Motion to vacate stay denied, with leave to renew if the appeal is not diligently prosecuted. Present — Jenks, P J., Hirschberg, Burr, Thomas and Carr, JJ.

Ignatz Reder and Another, Respondents, v. John T. Byrne, Appellant. — Motion denied, with ten dollars costs. Present — Jenks, P. J , Hirschberg, Burr, Thomas and Carr, JJ.

Richard C. Rupp, Appellant, v. Frederick Boyd Stevenson, Respondent. — Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr., JJ.